```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 10814
   NORMAN MATTICX
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6754


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/16/2007 and was not confirmed.

     The case was dismissed without confirmation 08/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED VEHIC    12044.34          .00           .00
OCWEN FEDERAL BANK        CURRENT MORTG        .00           .00           .00
OCWEN FEDERAL BANK        MORTGAGE ARRE   18213.09           .00           .00
CITY OF CHICAGO PARKING   UNSECURED         965.00           .00           .00
ARNOLD SCOTT HARRIS       UNSECURED       NOT FILED          .00           .00
I C COLLECTION SERVICE    UNSECURED       NOT FILED          .00           .00
LMK CREDIT                UNSECURED       NOT FILED          .00           .00
PEOPLES GAS & LIGHT       UNSECURED        3166.45           .00           .00
DRIVE FINANCIAL SERVICES  UNSECURED         599.55           .00           .00
OCWEN FEDERAL BANK        NOTICE ONLY     NOT FILED          .00           .00
MICHAEL HOARD             DEBTOR ATTY          .00                         .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       ---------------        ---------------
TOTALS                      .00                       .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 12/05/07                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```